DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL BELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3122

[February 1, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 97-22719 CF10B and 99-22862 CF10A.

Samuel Bell, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***